George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
Attorneys for *Plaintiff Rosemarie Wilson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Rosemarie Wilson,<br><br>            Plaintiff,<br><br>    v.<br><br>Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Clarity Services, Inc.; Ally Financial Inc. and General Motors Financial Company, Inc.,<br><br>            Defendants. | Case No.: 2:24-cv-01681-GMN-MDC<br><br>**AMENDED STIPULATION AND ORDER EXTENDING TIME FOR GM FINANCIAL TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Rosemarie Wilson, by and through her counsel, FREEDOM LAW FIRM, LLC, and Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial (incorrectly sued as "GENERAL MOTORS FINANCIAL COMPANY, INC.") ("**GM Financial**"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for GM Financial to respond to Plaintiff's complaint, currently due on March 27, 2025, up to and including **April 17, 2025**.

This extension will allow GM Financial's counsel—who were recently retained in this matter—to analyze the claims made, obtain and review any relevant documents, and for the parties to evaluate whether an early resolution may be possible. This is the first request for an extension to GM Financial's deadline to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED: April 1, 2025

**FREEDOM LAW FIRM, LLC**

By: /s/ Gerardo Avalos
    George Haines (SBN 9411)
    Gerardo Avalos (SBN 15171)
Attorneys for *Plaintiff*

**DUANE MORRIS LLP**

By: /s/ Tyson E. Hafen
    Dominica C. Anderson (SBN 2988)
    Tyson E. Hafen (SBN 13139)
Attorneys for Defendant *AmeriCredit Financial Services, Inc. d/b/a GM Financial*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-3-25