DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
T: 702.868.2600; F:  702.385.6862
E-Mail:   dcanderson@duanemorris.com
              tehafen@duanemorris.com

Attorneys for Defendant
*AmeriCredit Financial Services, Inc. d/b/a
GM Financial*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rosemarie Wilson,<br><br>     Plaintiff,<br><br>  v.<br><br>Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; Clarity Services, Inc.; Ally Financial Inc. and General Motors Financial Company, Inc.,<br><br>     Defendants. | Case No.:  2:24-cv-01681-GMN-MDC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR GM FINANCIAL TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

  Plaintiff Rosemarie Wilson, by and through her counsel, FREEDOM LAW FIRM, LLC, and Defendant AmeriCredit Financial Services, Inc. d/b/a GM Financial (incorrectly sued as "GENERAL MOTORS FINANCIAL COMPANY, INC.") ("***GM Financial***"), by and through its counsel, DUANE MORRIS LLP, hereby stipulate to extend the time for U.S. Bank to respond to Plaintiff's complaint, currently due on April 17, 2025, up to and including **May 1, 2025**.

///

1 | This extension will allow GM Financial's counsel to continue its analysis of the claims
2 | made, obtain and review any relevant documents, and for the parties to evaluate whether an early
3 | resolution may be possible. This is the second request for an extension to GM Financial's deadline
4 | to respond to the complaint, and is made in good faith and not for the purpose of delay.

DATED: April 15, 2025

| **FREEDOM LAW FIRM, LLC** | **DUANE MORRIS** LLP |
|---|---|
| By: */s/ Gerardo Avalos* (w/ permission)<br>George Haines (SBN 9411)<br>Gerardo Avalos (SBN 15171) | By: */s/ Tyson E. Hafen*<br>Dominica C. Anderson (SBN 2988)<br>Tyson E. Hafen (SBN 13139) |
| Attorneys for *Plaintiff* | Attorneys for Defendant *AmeriCredit Financial Services, Inc. d/b/a GM Financial* |

IT IS SO **ORDERED**   4-16-25

_____
US Magistrate Judge

2