UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rosemarie Wilson,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Trans Union LLC, et al.,<br><br>　　　　　　　Defendant(s). | 2:24-cv-01681-GMN-MDC<br><br>**ORDER GRANTING MOTION TO EXTEND TIME (ECF NO. 12)** |

Plaintiff Rosemarie Wilson filed a *Motion to Extend Time For Service ("Motion")* by sixty days regarding defendants Trans Union LLC, Experian Information Solutions, Inc., Clarity Services, Inc. and General Motors Financial Company, Inc. *ECF No. 12*. Shortly after filing the instant Motion, plaintiff filed proofs of service for all four defendants. ECF Nos. 13, 14, 15, and 16. The Court thus grants plaintiff's Motion *post nunc tunc*.

IT IS ORDERED that plaintiff's *Motion to Extend Time For Service (ECF No. 12)* is GRANTED *post nunc tunc*.

IT IS SO ORDERED.

Date: May 30, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1